# Third District Court of Appeal
## State of Florida

Opinion filed December 17, 2025.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D25-1933
Lower Tribunal Nos. F16-5141, F23-8432

————————————

**Anibal DeJesus,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Lody Jean, Judge.

Anibal DeJesus, in proper person.

James Uthmeier, Attorney General, and Jason Michael Ross, Assistant Attorney General, for appellee.

Before FERNANDEZ, LINDSEY, and GOODEN, JJ.

PER CURIAM.

Affirmed.